United States Court of Appeals

FOR THE EIGHTH CIRCUIT

_____

No. 96-4225

_____

Timothy L. Nelson,       *
      *
      Appellant,       *
      *
      v.       *   Appeal from the United States
      *   District Court for the
Benton County Sheriff's Department;   *   Western District of Arkansas.
Jarred Debus; Tracy Brown; Rick    *
Pound; Fabien Rutherford,       *   [UNPUBLISHED]
      *
      Appellees.       *

_____

Submitted: March 13, 1998
Filed: March 23, 1998

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Timothy L. Nelson appeals from the district court's[1] dismissal of his 42 U.S.C. § 1983 action following an evidentiary hearing before a magistrate judge. Nelson

_____

[1]The Honorable H. Franklin Waters, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendation of the Honorable Beverly R. Stites, United States Magistrate Judge for the Western District of Arkansas.

alleged in his complaint that defendants failed to protect him from an assault by other inmates while he was attending an Alcoholics Anonymous meeting. Having carefully reviewed the record and the parties' submissions on appeal, we conclude that the district court did not err in dismissing this action. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

We deny Nelson's motion for appointment of appellate counsel.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.